WILLIAM M. SHERNOFF #38856
wshernoff@shernoff.com
TRAVIS M. CORBY #268633
tcorby@shernoff.com
**SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Phone:      (909) 621-4935
Facsimile:   (909) 447-2043

Attorneys for Plaintiffs

**FILED: 7/10/14**
(link to doc.# 14)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN JANIEC and SLAWOMIRA JANIEC,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; QBE INSURANCE CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No.: CV14-4235 GHK(AGRx)<br>Honorable George H. King<br><br>[~~PROPOSED~~] ORDER CONTINUING DEFENDANT QBE INSURANCE CORPORATION'S MOTION TO DISMISS HEARING<br><br>Date:      July 28, 2014<br>Time:      9:30 a.m.<br>Courtroom.:  650 |

1

1  Having reviewed and considered the Stipulation of the parties, and good
2  cause appearing therefor it is HEREBY ORDERED THAT:
3     1. That defendant's, Motion for Partial Dismissal for Failure to State a
4  Claim upon which Relief can be Granted currently set to heard on July 28, 2014 at
5  9:30 a.m.be continued to September 15, 2014 at 9:30 a.m..

Dated: July 9, 2014

By _____
Honorable GEORGE H. KING