TRAVIS M. CORBY
tcorby@shernoff.com
SHERNOFF BIDART ECHEVERRIA BENTLEY LLP
600 South Indian Hill Boulevard
Claremont, California 91711
909-621-4935 - Fax-909-447-2043

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN JANIEC and SLAWOMIRA JANIEC,<br><br>Plaintiff(s),<br>v.<br>BANK OF AMERICA, NATIONAL ASSOCIATION; QBE INSURANCE CORPORATION; and DOES 1 through 10, inclusive,<br>Defendant(s). | CASE NUMBER<br><br>CV14-4235 GHK(AGRx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| August 25, 2014 | /s/ TRAVIS M. CORBY |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 600 S. Indian Hill Boulevard, Claremont, California 91711.

On August 25, 2014, I served the foregoing document described as: NOTICE OF DISMISSAL PURSUANT TO FRCP 41 on all interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

(See Attached Service List)

[ ] BY MAIL  I caused such envelope to be deposited in the mail at Claremont, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE  I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER  To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[X] BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on August 25, 2014 at Claremont, California.

                                                     /s/ Susan F. Lacey
                                                    SUSAN F. LACEY

## SERVICE LIST

| | |
|---|---|
| Jennifer A. Jackson, Esq.<br>Sarah Samuelson, Esq.<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California  90401-2386<br>310-576-2100 - Fax - 310-576-2200 | Attys for Defendant Bank of America, N.A. |
| Robert J. Prata, Esq.<br>John F. Morning, Esq.<br>PRATA & DALEY LLP<br>515 S. Figueroa Street, Suite 1515<br>Los Angeles, California  90071<br>213-622-5600  - Fax - 213-622-5623<br>rprata@pratadaley.com<br>jmorning@pratadaley.com | Attys for Defendant QBE Insurance Corp. |