**BRYAN CAVE LLP**
Jennifer A. Jackson, California Bar No. 192998
Sarah Samuelson, California Bar No. 267263
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200

Attorneys for Defendant
Bank of America, N.A.

**FILED:  8/27/14**
(link to #21)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN JANIEC and SLAWOMIRA JANIEC,<br><br>       Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; QBE INSURANCE CORPORATION; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No. CV14-4235-GHK-AGRx<br><br>[Los Angeles Superior Court Case No. BC543831]<br><br>**[PROPOSED] JUDGMENT**<br><br>Date Action Filed:  April 25, 2014<br>Trial Date:  None set |

SM01DOCS\1045524.1.1

[PROPOSED] JUDGMENT

## [~~PROPOSED~~] JUDGMENT

The present action filed by Plaintiffs Roman and Slawomira Janiec ("Plaintiffs") against Defendant Bank of America, N.A. having been dismissed with prejudice on July 25, 2014, for failure to state a claim upon which relief may be granted, judgment is hereby entered in favor of Bank of America, N.A. and against Plaintiffs. Bank of America, N.A. is entitled to recover all costs, fees ~~and other rewards~~ to the extent permitted by law.

DATED: 8/27/14

_____
HON. GEORGE H. KING